IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GUILLAUME COTE,                                                    Case No. 2:16-cv-00405-KI

                Petitioner,                                          JUDGMENT

    v.

JERI TAYLOR, EOCI Superintendent,

                Respondent.
_____

**KING, Judge.**

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice.

A certificate of appealability is DENIED. *See* 28 U.S.C. § 2253(c)(2).

    IT IS SO ORDERED.

    DATED this   5th   day of July, 2016.

                                                              /s/ Garr M. King
                                                              Garr M. King
                                                              United States District Judge

1 - JUDGMENT